**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                                    Case No.: 10-33530

JAVA DETOUR, INC.

EIN: 20-5968895

_____ Debtor(s)        /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 25 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: September 9, 2010                MANASIAN & ROUGEAU LLP

By:    /s/ Gregory  A. Rougeau_____
       Gregory A. Rougeau
       Prospective Counsel for Debtor In Possession
       JAVA DETOUR, INC.

3-D Landscape Gardening
3565 Della Lane
Cottonwood, CA 96022

Abdulrahman AL Qanai
PO Box 29858
Safat 13158 KUWAIT

Access Uniforms
1731 Adrian Rd.
Bldg. #1
Burlingame, CA 94010

Administrative Solutions
P.O. Box 5809
Fresno, CA 93755

Adrienne Baker
10 High Street, Suite 502
Boston, MA 02110

AE- Hamm's Property Owner LLC
1550 Bryant St., Suite 825
San Francisco, CA 94103

AJ Robbins, PC
216 16th St., Suite 600
Denver, CO 80202

Alhambra Water
P.O. 660579
Dallas, TX 75266-0579

Aline Complex Business Made Simple
680 American Ave., Suite 100
King of Prussia, PA 19406

Alternative Baking Company, Inc
3914 Kristi Court
Sacramento, CA 95827

American Arbitration Association
6795 North Palm Ave., 2nd Floor
Fresno, CA 93704

American Express
P.O. Box 981540
El Paso, TX 79998

American Honda Finance Corp
P.O. Box 60001
City of Industry, CA 91716-0001

AmeriPride Uniform Services Inc. (BF)
335 Washington Street
Bakersfield, CA 93307-2719

AmeriPride Uniform Services Inc.(Norcal)
PO BOX 232150
Sacramento, CA 95823-0419

Ampco System Parking
The Hamm's Building

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 2 of 26

1550 Bryant St.
San Francisco, CA 94103-4856

Amroos and Partners
Jl. Permata Hijau Raya B-29
Senayan
Jakarta, NA 12210

Anasazi Partners III, LLC
10 High St.
Suite 502
Boston, MA 02110

Ansok Builders, Inc.
10001 Park Run Dr.
Las Vegas, NV 89145

AT & T
Payment Center
Sacramento, CA 95887-0001

AT & T Mobility
P.O. Box 6463
Carol Stream, IL 60197

Auto Concepts by Dennis
3140 Industrial Drive
Yuba City, CA 95993

Bailey California Ave. Trust
PO Box 22170
Bakersfield, CA 93390

Bailey California Ave. Trust
PO Box 22170
Bakersfield, CA 93390

Bibby Financial Services (CA), Inc.
Napoleon Bakery, Inc./Melrose
file #51042
Los Angeles, CA 90074

Big Johnson Distribution
8000 Wheatland Ave Unit #J
Sun Valley, CA 91352

Blue Cross of California
PO Box 54630
Los Angeles, CA 90054-0630

Bon Suisse, Inc.
1250 Prospect Ste. O-2
La Jolla, CA 92037

Bonnie Rosta
20275 Rim Rock Ct.
Foresthill, CA 95631

Bonnie Rosta
161 Palm Ave., Suite 6
Auburn, CA 95603

Brite Vision Media

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 3 of 26

PO Box 39000
San Francisco, CA 94139

Brothers Distribution
13310 Ralston Avenue
Sylmar, CA 91342

Buckley Radio
3651 Pegasus Dr. #107
Bakersfield, CA 93308

Buckly Broadcasting Cor.
3651 Pegasus Dr., Suite 107
Bakersfield, CA 93380

Butte Community Bank
1360 E Lassen Ave.
Chico, CA 95973

Butte Community Bank
1360 E Lassen Ave.
Chico, CA 95973

Butte Community Bank
1360 E Lassen Ave.
Chico, CA 95973

C Linda Barnes
Butte County Tax Collector
25 County Center Dr.
Oroville, CA 95965-3384

CA State Board of Equalization
PO Box 942879
Sacramento, CA 94279-6001

CA Water Service Co.
PO Box 940001
San Jose, CA 95194-0001

Cal. Econ. Dev. Lending Initiative
1333 Broadway, Suite 604
Oakland, CA 94612

California Investor
3581 Town Court #1
Auburn, CA 95602

Capitol Light
Box 512374
Philadelphia, PA 19175-2374

Carmel Park I Limited Partnership
10866 Wilshire Blvd.
Suite 1100
Los Angeles, CA 90024

Carpet Pros
4535 Artesia Boulevard
Lawndale, CA 90260

Cecile Wong
307 Carnation Ave.

Corona del Mar, CA 92625

Cecile Wong
307 Carnation Ave
Corona del Mar, CA 92625

Chris Baker
99 High St.
7th Floor
Boston, MA 02210

Christina Baker
10 High Street, Suite 502
Boston, CA 02110

Chuck Tover
4839 Hermano Dr.
Tarzana, CA 91356

CIT Technology
PO Box 550599
Jacksonville, FL 32255-0599

CIT Technology
PO Box 550599
Jacksonville, FL 32255-0599

Citrus Heights Trustee Account
172 Golden Gate Avenue
San Francisco, CA 94102

Citrus Heights Trustee Account
172 Golden Gate Avenue
San Francisco, CA 94102

City Lighting Products Saint Louis
4307 West Papin
Saint Louis, MO 63110

City Lighting Products Saint Louis
4307 West Papin
Saint Louis, MO 63110

City of Auburn
1225 Lincoln Way
Auburn, CA 95603

City of Bakersfield
P.O. Box 2057
Bakersfield, CA 93303-2057

City Of Beverly Hills
455 N Rexford Drive Room 240
Beverly Hills, CA 90210-4817

City of Chico
411 Main St.
PO Box 3420
Chico, CA 95927

City of Citrus Heights
6237 Fountain Square Dr.
Citrus Heights, CA 95621

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 5 of 26

City of Red Bluff
555 Washington Street
Red Bluff, CA 96080

Clark County Assessor
M.W. Schofield
500S. Grand Central Prk 2nd Fl
P.O. Box 551401
Las Vegas, NV 89155-1401

Clark County Water Reclemation District
5857 East Flamingo Rd.
Las Vegas, NV 89120

Clark Pest Control
Accounting Office
P.O. Box 1480
Lodi, CA 95241-1480

Clydesdale Partners, LLC
201 Spear Street, Suite 1150
San Francisco, CA 94105

Clydesdale Partners, LLC
c/o Hunter World Markets, Inc.
Attn: Todd Ficeto
9300 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Clydesdale Partners, LLC
AttnL Paul Klapper
160 Spear St., Suite 230
San Francisco, CA 94105

Clydesdale Partners, LLC
c/o David Cohen
525 University Ave., Suite 410
Palo Alto, CA 94301

CNA Insurance
Department LA 21245
Pasadena, CA 91185-1245

Cohen & Ostler
455 N. Whisman Road, Suite 100
Mountain View, CA 94043

CoPower
Dept 33824
PO Box 39000
San Francisco, CA 94139-0001

Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397

County of Kern
Environmental Health Service
2700 M Street Suite 300
Bakersfield, CA 93301

Crystal Cream & Butter Co.

HP Hood, LLC
PO Box 41311
Los Angeles, CA 90074-1311

Ctuit, Inc.
867 Diablo Ave
Suite B
Novato, CA 94947

D&P Creamery
7 Taylor St.
Roseville, CA 95678

D&P Creamery
7 Taylor St.
Roseville, CA 95678

Darryl A. Hart
P.O. Box 204
Corte Madera, CA 94976

Daryl Rosta
20275 Rim Rock Ct.
Foresthill, CA 95631

Daryl Rosta
161 Palm Ave., Suite 6
Auburn, CA 95603

Dean Haskell
612 McGeachy Lane
Franklin, TN 37067

Delaware Division of Corporations
John G. Townsend Bldg.
401 Federal St.
Dover, DE 19901

Delaware Secretary of State
401 Federal St., Suite 3
Dover, DE 19901

Dell Financial Services - #3
PO Box 5292
Carol Stream, IL 60197-5292

Dell Financial Services - LOC
4307 Collection Center Dr.
Chicago, IL 60693

Dell Financial Services, L.P.
12234 N. IH-35, Bldg. B
Austin, TX 78753

Dell LOC
PO Box 5275
Carol Stream, IL 60197-5275

Derek Baker
10 High Street, Suite 502
Boston, MA 02110

Dewey Pest Control

2870 Feather River Blvd
Oroville, CA 95965

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Direct Lease #4 Cap Lease
PO Box 371992
Pittsburgh, PA 15250-7992

Dolce Neve Inc.
1364 N McDowell Blvd #14
Petaluma, CA 94954

Douglas E. Goldman
Trustee, Douglas E. Goldman Rev. Trust
1 Daniel Burnham Court, Suite 330C
San Francisco, CA 94109

Dumac Leasing
444 Aviation Blvd. Dept 230
Santa Rosa, CA 95403

Dumac Leasing #1
444 Aviation Blvd. Dept 230
Santa Rosa, CA 95403

Dumac Leasing #2
444 Aviation Blvd. Dept 230
Santa Rosa, CA 95403

Dumac Leasing #2
444 Aviation Blvd. Dept 230
Santa Rosa, CA 95403

Dumac Leasing #4
444 Aviation Blvd. Dept 230
Santa Rosa, CA 95403

Dumac Leasing #4
444 Aviation Blvd. Dept 230
Santa Rosa, CA 95403

Dunk N Run Donuts
1277 Grass Valley Hwy.
Auburn, CA 95603

Edwin Woon
2 Bayfront Ave. #01-30
Marina Bay Sands Resort
SINGAPORE

Ella Cheong
3701 Central Plaza
18 Harbour Rd
Hong Kong, HK

Embarq
PO Box 660068
Dallas, TX 75266-0068

Employment Development Dept.

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 8 of 26

Bankruptcy Unit- MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Eric Obenchain
2099 Hartford Dr. #29
Chico, CA 95928

Farber Hass Hurley, LLP
888 West Ventura Blvd., #A
Camarillo, CA 93010

Financial Pacific Leasing #1
Department 1
PO Box 34935
Seattle, WA 98124-1935

Financial Pacific Leasing #2
Department 1
PO Box 34935
Seattle, WA 98124-1935

Financial Pacific Leasing #2
Department 1
PO Box 34935
Seattle, WA 98124-1935

Financial Pacific Leasing #3
Department 1
PO Box 34935
Seattle, WA 98124-1935

Financial Pacific Leasing #3
Department 1
PO Box 34935
Seattle, WA 98124-1935

Fire Safety Supply Co.
468 Yolanda Ave. #201
Santa Rosa, CA 95404

First Comp
PO Box 2329
Omaha, NE 68103-2329

First Lease
c/o Direct Capital
155 Commerce Way
Portsmouth, NH 03801

First Street Ventures LLC - Matt Howarth
465 First Street West, 2nd Fl
Sonoma, CA 95476

Fitch
16435 N Scottsdale Road Suite 195
Scottsdale, AZ 85254

Foothills Landscaping & Garden
PO Box 88
Auburn, CA 95604

Ford Graphics

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 9 of 26

P.O Box 1507
So. Pasadena, CA 91031

Forseti Commercial
9000 Crow Canyon Rd.
Suite S-302
Danville, CA 94506

Foster Farms Dairy
3380 West Ashlan Avenue
Fresno, CA 93722

Fosters Freeze
PO Box 5765
Auburn, CA 95604

Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812

Franchise Tax Board
Bankruptcy Unit
P.O. 2952
Sacramento, CA 95812

Francies Electric
P.O. Box 70756
Bakersfield, CA 93387

Francis Distributing Inc.
6188 D Enterprise Dr.
Diamond Springs, CA 95619

Franke Coffee Systems
5601 1st Ave South
Seattle, WA 98108

FTS Digital
1695 Magnolia Dr.
Yuba City, CA 95991

GC Builders
11023 Eucalyptus St
Rancho Cucamonga, CA 91730-5258

GCS Service, Inc.
PO Box 64373
Saint Paul, MN 55164-0373

Goodies Bakery
2925 Elm St.
Bakersfield, CA 93301

Gordon J. Jones
5344 North Cliff
Rocklin, CA 95746

Gourmet Purveyors International
9903 Santa Monica Blvd #408
Beverly Hills, CA 90212

GreatBuns
3270 East Tropicana

Las Vegas, NV 89121

Green Waste of Tehama
P.O. Box 60248
Los Angeles, CA 90060

Gregg Bunker
1900 Camden Ave.
San Jose, CA 95124

Gregg Bunker
1900 Camden Ave.
San Jose, CA 95124

Haney Properrties
P.O. BOX 1780
Marysville, CA 95901

Haralambos Beverage Company
PO Box 6005
El Monte, CA 91734-2005

Hardy Breads, Inc.
4705 Farrier Way
Roseville, CA 95747

Harry Kraatz
129 Great Circle Dr
Mill Valley, CA 94941

Haven Properties, Inc.
Attn:  Abol Hosseinioun
One Harbor Drive, #205
Sausalito, CA 94965

Haven Properties, Inc.
One Harbor Drive, #205
Sausalito, CA 94965

Hawkins, Prata & Daley LLP
515 South Figueroa Street
Suite 1515
Los Angeles, CA 90071

Heavenly Donuts
1097 Rolling View Dr.
Redding, CA 96003

Henry Buder Landscape Restoration
PO Box 761
Mill Valley, CA 94942

Hitmen Termite & Pest Controll
600 East Todd Road
Santa Rosa, CA 95407

Hockenbergs
PO Box 30156
Omaha, NE 68103-1256

House Of Bagels
6023 Coffee Rd. Suite 2
Bakersfield, CA 93308

Hunter World Markets, Inc.
c/o David L. Ficksman
TroyGould PC
1801 Century Park East, 16th Fl.
Los Angeles, CA 90067

Impact Paper and Ink, LTD
1590 Gilbreth Rd
Burlingame, CA 94010

Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA 94612

International Franchise Association
1501 K Street, N.W. Suite 350
Washington, DC 20005

Island Oasis Frozen Beverage Co. Inc.
PO Box 847881
Boston, MA 02284-7881

James Sherlock
901 S State St. #200
Hemet, CA 92543-7127

Java 600 Third LLC
600 Third Ave.
New York, NY 10016

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Detour, Inc.
1550 Bryant St., Suite 725
San Francisco, CA 94103

Java Finance LLC
c/o Hunter World Markets, Inc.
Attn: Todd Ficeto
9300 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Java Finance LLC
Attn: Todd Ficeto
9300 Wilshire Blvd., Penthouse Suite
Los Angeles, CA 90067

Java Finance, LLC
Attn: Todd Ficeto
9300 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Java Nevada LLC
985 White Dr #100
Las Vegas, NV 89119

Java Universe LLC
8228 Sunset Blvd., Suite 102
West Hollywood, CA 90046

Jean Pierre Ithurralde
1419 40th Ave
San Francisco, CA 94122

Jesup & Lamont
150 California St.
21st Floor
San Francisco, CA 94111

Jim Madden
201 Spear Street, Suite 1150
San Francisco, CA 94105

Joancarl LLC, et al

PO Box 1834
LaCrosse, WI 54602

Joanna Wong
307 Carnation Ave.
Corona del Mar, CA 92625

Joanna Wong
307 Carnation Ave.
Corona del Mar, CA 92625

Judith Brunner Trust
1120 Nye Street  Suite 320
San Rafael, CA 94901

Judith Brunner Trust
1120 Nye Street  Suite 320
San Rafael, CA 94901

Kern County Treasurer
115 Truxtun Ave 2nd Floor
Bakersfield, CA 93301-4640

Kirkpatrick & Lockhart Preston Gates Ell
10100 Santa Monica Blvd.
Seventh Floor
Los Angeles, CA 90067

KMQV-FM
PO Box 100645
Pasadena, CA 91189-0645

KNCQ Results Radio, LLC
1588 Charles Dr.
Redding, CA 96003

Labor Commissioner
State of California
1515 Clay Street, Room 801
Oakland, CA 94612

Lafafsi Limited
535 Smithfield Steet
Henry W. Oliver Building
Pittsburgh, PA 15222

Landgrove Coffee
1100 Nora Creek Road
Troy, ID 83871

Las Vegas Review Journal
PO Box 730
Las Vegas, NV 89125-0730

Lear Construction, Inc.
356 Vincents Hollow Circle
Henderson, NV 89052

Left Coast Wireless
502 Giuseppe Court #8
Roseville, CA 95678

Little Diversified Architectural Consult

5815 Westpark Dr
Charlotte, NC 28217

Lori J. Scott
Treasurer/Tax Collector
P.O. Box 991830
Redding, CA 96099-1830

Marin Independant Journal
PO Box 6150
Novato, CA 94948-6150

Marin Municipal Water District
220 Nellen Ave.
Corte Madera, CA 94925-1169

MC2
PO Box 643443
Pittsburgh, PA 15264-3443

McGarey Partners
PO Box 93778
Las Vegas, NV 89193-3778

MDM Worldwide Solutions, Inc.
264 W. 40th St.
Suite 602
New York, NY 10018

Meadow Gold Dairy
Department 9373
Los Angeles, CA 90084

Meridian Management Group
1145 Bush St
San Francisco, CA 94109

Meridian Management Group
1145 Bush St
San Francisco, CA 94109

Merlyn Frank

Michael Binninger
1550 Bryant St., Suite 725
San Francisco, CA 94103

Michael Binninger
1550 Bryant St., Suite 725
San Francisco, CA 94103

Michael J. Smith, Tax Collector
Civic Center
PO Box 4220  Rm 202
San Rafael, CA 94313

Michael K. Brown
3541 Alken Street
Bakersfield, CA 93308

Mid-Atlantic Franchise Associates
5520 High Tor Hill
Columbia, MD 21045

Mighty Leaf Tea
PO Box 768
Novato, CA 94948

Mighty Leaf Tea
PO Box 768
Novato, CA 94948

Mike Gray, Inc.
P.O. BOX 211
Auburn, CA 95604

Mike Huber
787 Silverado Estates Ct.
Chico, CA 95973

Mike Huber
787 Silverado Estates Ct.
Chico, CA 95973

Milton P. and Cordie A. Haney Trust

National Construction Management, Inc.
1941 Ramrod Ave Suite A
Henderson, NV 89014

Nevada Department of Taxation
PO Box 52674
Phoenix, AZ 85072-2674

Nevada Department of Taxation
PO Box 52609
Phoenix, AZ 85072-2609

Nevada Power
PO Box 30086
Reno, NV 89520-3086

New York Bagels
221 South 2nd Street
Richmond, CA 94804

Noah's Creations, LLC
1401 Foothills Village Dr.
Henderson, NV 89012

Noah's Creations, LLC
Attn: Michael A. Bellis
1401 Foothills Village Dr.
Henderson, NV 89012

Norms Refrigeration & Ice Equipment, Inc
1175 N. Knollwood Circle
Anaheim, CA 92801

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0700

Noveltees
PO Box 22944
Sacramento, CA 95822

Odwalla Inc.
File 74155
P.O. BOX 60000
San Francisco, CA 94160

Olde Monmouth Stock Transfer
200 Memorial Pkwy
Atlantic Highlands, NJ 07716

Ono Foods LLC
2560 Dominic Drive, Suite A
Chico, CA 95928

Ontara Corporation
42840 Christy St
Suite 243
Fremont, CA 94538

Orinda Global
c/o Stuart Kahn
51 Rheem Blvd.
Orinda, CA 94563

Pacific Surfacing, Inc.
2066 Warm Springs Ct.
Fremont, CA 94539

Pat & Pauline Lee
Mosney Cross, Julianstown
Dublin, Ireland, NA 12345

Pat Swisher
3119 Seveneagles Dr.
Charlotte, NC 28210

Paul's Plumbing, Heating & AC
P.O. Box 492873
Redding, CA 96049

Pavilion Development Co.
Attn: Wesley Walls
5605 Carnegie Blvd
Suite 110
Charlotte, NC 28209

Pavilion Development Co.
5605 Carnegie Blvd
Suite 110
Charlotte, NC 28209

Pawnee
700 Centre Ave.
Ft. Collins, CO 80526

Peerless Coffee & Tea
260 Oak St.
Oakland, CA 94607-4512

Pennbrook Insurance Services
300 Montgomery St Suite 450
San Francisco, CA 94104

Pentech
P.O Box 790247
St. Louis, MO 63179

Pentech Financial Services
P.O Box 790247
St. Louis, MO 63179

Performance POS
100-A Pelican Way
San Rafael, CA 94901

Pet Dairy
Box 60498
Charlotte, NC 28260-0498

PFK Development
201 Spear Street, Suite 1150
San Francisco, CA 94105

PG & E
P.O. BOX 997300
Sacramento, CA 95899-7300

Piedmont Natural Gas
PO Box 533500
Atlanta, GA 30353-3500

Placer County Tax Collerctor
PO Box 7790
Auburn, CA 95604-7790

Posh Bakery
File# 31019
PO Box 60000
San Francisco, CA 94160

Pricketts Distributing, Inc.
123 M St.
Fresno, CA 93721

Puget Sound Leasing Co., Inc.
PO Box 1295
Issaquah, WA 98027-1295

Puget Sound Leasing Co., Inc.
PO Box 1295
Issaquah, WA 98027-1295

Quick Response Septic Service
P.O. Box 3313
Grass Valley, CA 95945

Radio Chico
1459 Humboldt Rd
Suite D
Chico, CA 95928

Recology Butte Colusa Counties
PO Box 1512
Oroville, CA 95965

Richard Lindeman

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 18 of 26

710 Ashmount Avenue
Red Bluff, CA 96080

Richard Lindeman
710 Ashmount Avenue
Red Bluff, CA 96080

Robert A. Naify Living Trust
172 Golden Gate Ave.
San Francisco, CA 94102

Rolland and Betty Towne Trust
PO Box 93778
Las Vegas, NV 89193-3778

Rolland and Betty Towne Trust.
PO Box 93778
Las Vegas, NV 89193-3778

Rosta Enterprises, Inc.
Attn: Daryl Rosta
161 Palm Ave., Suite 6
Auburn, CA 95603

Rosta Enterprises, Inc.
20275 Rim Rock Ct.
Foresthill, CA 95631

Sacramento County Tax Collector
P.O. Box 508
Sacramento, CA 95812-0508

San Francisco Tax Collector
PO Box 7427
San Francisco, CA 94120-7427

Searchlight
PO Box 630802
Cincinnati, OH 45263

Secretary of State
State of California
1500- 11th St.
Sacramento, CA 95814

Securities and Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Floor 11
Los Angeles, CA 90036

Security Protection Systems
3508 Willard Way
Rocklin, CA 95677

Seven-Up/RC Bottling Company
PO Box 201840
Dallas, TX 75320-1840

SFPUC - Water Department
PO Box 7369
San Francisco, CA 94120-7369

Sherlock's Refrigeration.

P.O. BOX 1410
West Sacramento, CA 95605-2425

Sichenzia Ross Friedman Ference LLP
61 Broadway
32nd Floor
New York, NY 10006

Sign Zone
4873 Melrose Ave
Los Angeles, CA 90029

Six Degrees Coffee Service
13456 Broans Valley Dr.
Chico, CA 95973

Smart & Final Stores Corp.
600 Citadel Dr.
Los Angeles, CA 90040

Smart & Final Stores Corporation
PO Box 512377
Los Angeles, CA 90051-0377

SMUD
P.O. BOX 15555
Sacramento, CA 95852-1555

Solisys Solution Systems
2121 Second St., Suite C-109
Davis, CA 95618

Southwest Gas Corporation
PO Box 98890
Las Vegas, NV 89150-0101

Southwest Linen
6335 Sunset Corporate Drive
Las Vegas, NV 89120

Speakeasy
PO Box 34654
Seatle, WA 98124-1654

Sprint
P.O. BOX 219100
Kansas City, MO 64121-9100

SSW Construction Corp
500 Giuseppe Ct #9
Roseville, CA 95678

Stott Outdoor Advertising
P.O. Box 7209
Chico, CA 95927

Summit Bank
2969 Broadway
Oakland, CA 94611

Superior Sanitation Service, Inc.
2620 South Union Ave.
Bakersfield, CA 93307-5412

Page 19

Surewest
P.O. BOX 1110
Roseville, CA 95678-8110

Sweet Sue's Bakery
200 Valley Dr Ste 23
Brisbane, CA 94005

Swisher Hygiene Franchisee Corp.
PO Box 473526
Charlotte, NC 28247-3526

SYSCO Sacramento
PO Box 138007
Sacramento, CA 95813-8007

Tehama County Environmental Health Dept.
633 Washington Street, Room 36
Red Bluff, CA 96080

Tehama County Tax Collector
P.O. BOX 769
Red Bluff, CA 96080

Terminix
5222 Northspur Ct
Bakersfield, CA 93308

The Greive Family Charitable Trust
465 First Street West
Second Floor
Sonoma, CA 95476

The Grieve Family Charitable Trust
465 First Street West
Second Floor
Sonoma, CA 95476

The Hartford
PO Box 2907
Hartford, CT 06104-2907

The Klapper Family Trust
160 Spear Street, Suite 230
San Francisco, CA 94105

The Neiman Group
2930 Westwood Blvd #100
Los Angeles, CA 90064

Thermal Dynamics, Inc
221 Royal Wood Ct.
Las Vegas, NV 89148

Third Avenue Tower Owner LLC
142 West 57th St.
New York, NY 10019

Tilleke & Gibbins
1011 Rama 3 Rd
20th - 26th Floor, Supalai Grand Tower
Kwaeng Chongnonsi, Khet Yannawa, BA 10120

Todd Ficeto
27777 West Winding Way
Malibu, CA 90265

Tony's Refrigeration, Inc.
930 Wall Street
Redding, CA 96002

Tugboat, Inc
562 Technology Way
Napa, CA 94558

UniFirst Corporation
PO Box 584
Newell, NC 28126

United Growth, et al
201 Spear Street, Suite 1150
San Francisco, CA 94105

United Landscape Resources, Inc.
P.O. BOX 569
Yuba City, CA 95992-0569

United Parcel Service
PO Box 894820
Los Angeles, CA 90189-4820

United Site Services
3408 Hillcap Ave
San Jose, CA 95136

US Air Conditioning & Heating
4300 N Pecos Road #18
Las Vegas, NV 89115

Vanella Oil
Attn: Steve Vanella
P.O. BOX 3474
Chico, CA 95927

Vintage Filings, LLC
150 W. 46th St.
6th Floor
New York, NY 10036

Visible Graphics
8943 Fullbright Avenue
Chatsworth, CA 91311

Vlad Feldman & Alex Vaysman
600 Third Ave
New York, NY 10016

Von Geldern Engineering Company
430 Second St
Yuba City, CA 95991

VR Business Brokers
Attn: George Arabian
21 Columbus Ave.
Suite 229

San Francisco, CA 94111

Walter Tom Reeder
217 Nelson Rd.
Matthews, NC 28104

WBT Radio
One Julian Price Place
Charlotte, NC 28208

WEG Consulting
129 Great CIrcle Dr.
Mill Valley, CA 94941

Wells Fargo Card Services, Inc.
P.O. Box 54349
Los Angeles, CA 90054

Wells Fargo Card Services, Inc. #2
P.O. Box 54349
Los Angeles, CA 90054

Westfield Wealth Management
c/o Hunter World Markets, Inc.
Attn: Todd Ficeto
9300 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212

Woods Pest Control, Inc.
1642 Tahoe Ct.
Redding, CA 96003

AB STEVENSON COMPANY, INC.
23 HALL DRIVE
ORINDA, CA 94563

ABSOLUTE FUNDS
C/O HUNTER WORLD MARKETS, INC.
9300 WILSHIRE BLVD.
PENTHOUSESUITE
BEVERLY HILLS, CA 90212

STEVEN & TAMARA ALTER
126 CENTRAL AVE.
LAWRENCE, NY 11559

AMERICAN CONSULTING CORPORATION
17328 VENTURA BLVD.
SUITE 245
ENCINO, CA 91316

MICHAEL BINNINGER
388 BEALE STREET, #1604
SAN FRANCISCO, CA 94105

STEVEN BINNINGER
PO BOX 743
MCCALL, ID 83638

CEDE & CO.
BOWLING GREEN STATION
PO BOX 20
NEW YORK, NY 10004

```
CLYDESDALE PARTNERS, LLC
201 SPEAR ST., SUITE 1150
SAN FRANCISCO, CA 94105

CLYDESDALE PARTNERS, LLC
160 SPEAR STREET, #230
SAN FRANCISCO, CA 94105

CLYDESDALE VENTURES, LLC
C/O HUNTER WORLD MARKETS, INC.
9300 WILSHIRE BLVD
PENTHOUSE SUITE
BEVERLY HILLS, CA 90212

BARBARA DAPPER
985 WHITE DR.
LAS VEGAS, NV 89119

SIMCHA & SORA DAVID
616 SEAGIRT AVE.
FAR ROCKAWAY, NY 11691

DAVID KAPLAN TRUST
999 GREEN STREET, #1801
SAN FRANCISCO, CA 94133

EUROPEAN CATALYST FUND
C/O HUNTER WORLD MARKETS, INC.
9300 WILSHIRE BLVD.
PENTHOUSE SUITE
BEVERLY HILLS, CA 90212

SIDNEY FELTENSTEIN
534 NORTH BAY ROAD
MIAMI BEACH, FL 33140

TODD M. FICETO
9300 WILSHIRE BLVD.
PENTHOUSE SUITE
BEVERLY HILLS, CA 90212

TODD M. FICETO
27777 W. WINDING WAY
MALIBU, CA 90265

DAVID & REGINA FREEDMAN
72 CEDARHURST AVE.
CEDARHURST, NY 11516

FRED & KAREN FRIEDMAN
816 ROOSEVELT CT.
FAR ROCKAWAY, NY 11691

GRIEVE FAMILY CHARITABLE TRUST
465 FIRST STREET WEST, 2ND FLOOR
SONOMA, CA 95476

RICHARD HARRIS
27 ALBEMARLE STREET
BIRKETT HOUSE
LONDON, UK, W1S 4BQ
```

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 24 of 26

ELLIOT HERSKOVITZ
2109 BROADWAY #206
NEW YORK, NY 10023

ABOL HOSSEINIOUN
32 EAGLE ROCK ROAD
MILL VALLEY, CA 94941

JAVA UNIVERSE, LLC
ATTN: CAROL BRAIDI
8228 SUNSET BLVD., SUITE 102
WEST HOLLYWOOD, CA 90046

JOSEPH KAHAN
1275 EAST 86TH ST.
BROOKLYN, NY 11236

STUART KAHN
51 RHEEM BLVD.
ORINDA, CA 94563

ISRAEL KALLUS
1663 E. 29TH ST.
BROOKLYN, NY 11229

STUART & NACHMA KATZ
130 CUMBERLAND PLACE
LAWRENCE, NY 11559

STEVEN KAY
100 THE EMBARCADERO
PENTHOUSE SUITE
SAN FRANCISCO, CA 94105

BRAD KLAPPER
110 CLARK DRIVE
SAN MATEO, CA 94402

ALAN & MIRIAM LAZAR
120 RICHMOND PL.
LAWRENCE, NY 11559

JANET M. LUNDQUIST
43 WATERSIDE CIRCLE
REDWOOD CITY, CA 94065

JAMES MADDEN
2198 AVY AVENUE
MENLO PARK, CA 94025

FARID MORADI
10460 LINDBROOK DRIVE
LOS ANGELES, CA 90024

ROBERT A. NAIFY LIVING TRUST
172 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

JULIE M. NELSON
C/O PFK DEVELOPMENT GROUP, LTD.
160 SPEAR ST., SUITE 230
SAN FRANCISCO, CA 94105

Case: 10-33530   Doc# 3   Filed: 09/10/10   Entered: 09/10/10 16:14:36   Page 25 of 26

ORINDA GLOBAL INVESTMENTS, INC.
51 RHEEM BLVD.
ORINDA, CA 94563

OTTER CAPITAL, LLC
755 PAGE MILL ROAD, SUITE A200
PALO ALTO, CA 94363

DALE PALMER
3518 DIVISADERO STREET
SAN FRANCISCO, CA 94123

RICHARD & IRWIN PILL
5 HOLLY LN.
LAWRENCE, NY 11559

DARYL & BONNIE ROSTA
161 PALM AVE., SUITE 6
AUBURN, CA 95603

RONALD J. SANDS
44314 N. EL MACERO DRIVE
EL MACERO, CA 95618

DAVID & ANDREA STEINER
924 SEAGIRT BLVD.
W. LAWERENCE, NY 11691


THE KLAPPER FAMILY TRUST
PAUL F. KLAPPER, TRUSTEE
C/O PFK DEVELOPMENT GROUP, LTD.
160 SPEAR ST., SUITE 230
SAN FRANCISCO, CA 94105

THE KOULOS FAMILY TRUST
LEO PAUL & D. VIRGINIA KOULOS TRUSTEES
601 CALIFORNIA STREET, SUITE 1150
SAN FRANCISCO, CA 94108

THE ROBERT A. NAIFY LIVING TRUST
ROBERT A. NAIFY TRUSTEE
172 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

CHARLES TOVER
8228 SUNSET BLVD., STE 102
W. HOLLYWOOD, CA 90046

WESTFIELD WEALTH MANAGEMENT LTD.
ATTN: EVAN HALL, JAVA DETOUR
1550 BRYANT ST., STE. 500
SAN FRANCISCO, CA 94103

HOWARD ZUCKER
C/O HUNTER WORLD MARKETS, INC.
9300 WILSHIRE BLVD.
PENTHOUSE SUITE
BEVERLY HILLS, CA 90212